# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **58 YORK PARTNERS, LLC**  
Debtor(s)

Case No. **21-12907**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Eric Kretschman<br>1492 Scrope Road<br>Jenkintown, PA 19046 | Managing Member | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 23, 2021**     Signature **/s/ Eric S. Kretschman**  
**Eric S. Kretschman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.