| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 58 YORK PARTNERS, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | 21-12907 |

■ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Berkshire Bank c/o Robert Saldutti, Esquire 1700 Market Street, Suite 1005 Philadelphia, PA 19103 | | 58 South York Road, Hatboro, PA | | $1,889,000.00 | Unknown | Unknown |
| Berkshire Bank c/o Robert Saldutti, Esq. 1735 Market Street, Suite 3750 Philadelphia, PA 19103 | | Guaranty | Contingent Unliquidated Disputed | | | $0.00 |
| Montgomery County Tax Claim Bureau Hatboro-Horsham School District PO Box 190 Norristown, PA 19404-0190 | | tax lien | | | | $23,252.60 |
| Upper Moreland-Hatboro Joint Sewer Authority 2875 Terwood Road Willow Grove, PA 19090-1434 | | Utility - sewer | | | | $16,974.73 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy