## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : **CHAPTER 11** |
| **58 YORK PARTNERS, LLC,** | : |
| | : |
| Debtor. | : **Case No. 21-12907 (AMC)** |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

58 York Partners, LLC (the "Debtor") by and through its counsel, Ciardi Ciardi & Astin, has filed a Motion for Approval of Disclosure Statement and for the Fixing of Dates for the Filing of Acceptances, Rejections, or Objections to the Plan of Reorganization (the "Motion") with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in this Motion or if you want the Court to consider your views on the Motion, then on or before **April 22, 2022**, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:
        U.S. Bankruptcy Court for the Eastern District of Pennsylvania
        Attn: Clerk's Office
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Suite, Suite 400
        Philadelphia, PA  19106

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:
        Albert A. Ciardi, III, Esquire
        Daniel S. Siedman, Esquire
        CIARDI CIARDI & ASTIN
        1905 Spruce Street
        Philadelphia, PA  19103
        Telephone: 215-557-3550
        Telecopier: 215-557-3551
        aciardi@ciardilaw.com
        dsiedman@ciardilaw.com

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, on **April 27, 2022** at **12:30 a.m.** via Phone Number: **1-877-873-8017** Access Code: **3027681**.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office at 610-208-5030 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: April 1, 2022

CIARDI CIARDI & ASTIN

*/s/ Daniel S. Siedman*
Albert A. Ciardi, III, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
*Attorneys for Debtor*