IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|  | :   CHAPTER 11 |
| **58 YORK PARTNERS, LLC,** | : |
|  | : |
| Debtor. | :   Case No. 21-12907 (AMC) |

**ORDER PURSUANT TO 11 U.S.C. §1127(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3019, CONSIDER ALL PREVIOUSLY SUBMITTED BALLOTS AS ACCEPTING THE MODIFIED PLAN, AND TO PERMIT LATE BALLOTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

**AND NOW**, this _____ day of _____, 2022 upon consideration of the motion (the "Motion") of 58 York Partners, LLC, (the "Debtor") for Order modifying the Debtor's First Plan of Reorganization pursuant to 11 U.S.C. §1127(a) and Federal Rule of Bankruptcy Procedure 3019, considering all previously submitted accepting ballots as accepting the First Modified Plan (the "First Modified Plan"), and permitting late ballots pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) and the Motion having been filed on **July 15, 2022**, and

It is **ORDERED,** and Notice is hereby given, that:

1. The Motion is **GRANTED.** .

2. The First Plan of Reorganization is hereby modified and the First Modified Plan of Reorganization shall be the effective plan going forward;

3. A confirmation hearing on the First Modified Plan shall take place on September __, 2022 at __:___ a.m. / p.m.

4. All previously accepted ballots shall be an accepting ballot on the First Modified Plan;

5.	Any interested party that did not submit a ballot is permitted to submit a ballot until _____, 2022;

6.	Any interested party that seeks to change their previously submitted ballot is permitted to re-submit a ballot until _____, 2022; and

7.	The Debtor shall prepare and file a new Report of Plan Voting on _____, 2022 prior to the confirmation hearing.

**BY THE COURT:**


_____
JUDGE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE