**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **CHAPTER 11** |
| **58 YORK PARTNERS, LLC,** | : | |
| | : | |
| **Debtor.** | : | **Case No. 21-12907 (AMC)** |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

58 York Partners, LLC (the "Debtor") by and through its counsel, Ciardi Ciardi & Astin, has filed a ***Motion of The Debtor and Debtor-In-Possession to Modify the First Plan of Reorganization Pursuant to 11 U.S.C. §1127(A) and Federal Rule of Bankruptcy Procedure 3019, Consider All Previously Submitted Ballots As Accepting the Modified Plan, and to Permit Late Ballots Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)*** (the "Motion") with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in this Motion or if you want the Court to consider your views on the Motion, then on or before **August 17, 2022**, you or your attorney must do <u>all</u> of the following:

> (a)      file an answer explaining your position at:
> U.S. Bankruptcy Court for the Eastern District of Pennsylvania
> Attn:  Clerk's Office
> Robert N.C. Nix, Sr. Federal Courthouse
> 900 Market Suite, Suite 400
> Philadelphia, PA  19106

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b)      mail a copy to the Movant's attorney:
> Albert A. Ciardi, III, Esquire
> Daniel S. Siedman, Esquire
> CIARDI CIARDI & ASTIN
> 1905 Spruce Street
> Philadelphia, PA  19103
> Telephone: 215-557-3550
> Telecopier: 215-557-3551
> aciardi@ciardilaw.com
> dsiedman@ciardilaw.com

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, on **August 24, 2022** at **12:30 a.m.** via Phone Number: **1-877-873-8017** Access Code: **3027681**.

4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's Office at 610-208-5030 to find out whether the hearing has been cancelled because no one filed an answer.

Dated:  July 15, 2022                                CIARDI CIARDI & ASTIN

                                                     ***/s/  Daniel S. Siedman***
                                                     Albert A. Ciardi, III, Esquire
                                                     Daniel S. Siedman, Esquire
                                                     1905 Spruce Street
                                                     Philadelphia, PA 19103
                                                     Telephone: (215) 557-3550
                                                     Facsimile: (215) 557-3551
                                                     *Attorneys for Debtor*